

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00106-CV

Barry **BROOKS**, Heston C. King, Stefen Douglas Brooks, Johanna Barton,
and Jesse Rodriguez Benavides,
Appellants

v.

**EXCELLENCE MORTGAGE, LTD.**; LADTD-1, LLC; Grothues Financial, Ltd.; Grothues
Brothers Management I, LLC; and Georgetown Mortgage, L.L.C.
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01173
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE STONE,[1] JUSTICE BARNARD, AND JUSTICE ALVAREZ

We GRANT the parties' motions for rehearing. We withdraw our opinion and judgment
of April 1, 2015, and substitute this opinion and judgment in their stead.

In accordance with this court's opinion of this date, we REVERSE the trial court's order
granting Appellees' motion for summary judgment on Appellants' breach of contract, antitrust,
and interference with prospective business relations claims.

We REMAND this cause to the trial court for further proceedings consistent with this
opinion. We tax costs of this appeal against the party that incurred them. *See* TEX. R. APP. P. 43.4.

SIGNED December 9, 2015.

_____
Patricia O. Alvarez, Justice

---

[1] Chief Justice Catherine M. Stone, retired, not participating.